CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
ALLISON REESE
Nevada Bar Number 13977
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: allison.reese@usdoj.gov
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISAIAH TISBY,<br><br>Defendant. | **CRIMINAL INDICTMENT**<br><br>Case No. 2:22-cr-088-ART-BNW<br><br>**VIOLATIONS:**<br><br>**18 U.S.C. § 111(a)(1) and (b) – Assault on a Federal Officer and Employee – Use of a Deadly and Dangerous Weapon and Infliction of Bodily Injury**<br><br>**18 U.S.C. § 111(a)(1) – Assault on a Federal Officer and Employee** |

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
(Assault on a Federal Officer and Employee – Use of a Deadly and Dangerous Weapon and Infliction of Bodily Injury)

On or about March 18, 2022, in the State and Federal District of Nevada,

**ISAIAH TISBY,**

1

the defendant herein, did use a deadly and dangerous weapon, to wit: Bear Attack Deterrent, to forcibly assault, resist, oppose, impede, intimidate, and interfere with T.F., a federal officer and federal employee and a person assisting such an officer and employee, as designated in Title 18, United States Code, Section 1114, while engaged in and on account of the performance of official duties, and did thereby inflict bodily injury upon T.F.; all in violation of Title 18, United States Code Sections 111(a)(1) and (b).

## COUNT TWO
(Assault on a Federal Officer and Employee – Use of a Deadly and Dangerous Weapon and Infliction of Bodily Injury)

On or about March 18, 2022, in the State and Federal District of Nevada,

**ISAIAH TISBY,**

the defendant herein, did use a deadly and dangerous weapon, to wit: Bear Attack Deterrent, to forcibly assault, resist, oppose, impede, intimidate, and interfere with M.M., a federal officer and federal employee and a person assisting such an officer and employee, as designated in Title 18, United States Code, Section 1114, while engaged in and on account of the performance of official duties, and did thereby inflict bodily injury upon M.M.; all in violation of Title 18, United States Code Sections 111(a)(1) and (b).

## COUNT THREE
(Assault on a Federal Officer and Employee)

On or about March 18, 2022, in the State and Federal District of Nevada,

**ISAIAH TISBY,**

the defendant herein, did forcibly assault, resist, oppose, impede, intimidate, and interfere with T.F., a federal officer and federal employee and a person assisting such an officer and employee, as designated in Title 18, United States Code, Section 1114, while engaged in and on account of

the performance of official duties, and where such acts involved physical contact with T.F.; all in violation of Title 18, United States Code Sections 111(a)(1).

## COUNT FOUR
(Assault on a Federal Officer and Employee)

On or about March 18, 2022, in the State and Federal District of Nevada,

**ISAIAH TISBY,**

the defendant herein, did forcibly assault, resist, oppose, impede, intimidate, and interfere with M.M., a federal officer and federal employee and a person assisting such an officer and employee, as designated in Title 18, United States Code, Section 1114, while engaged in and on account of the performance of official duties, and where such acts involved physical contact with M.M.; all in violation of Title 18, United States Code Sections 111(a)(1).

DATED: this 26th day of April, 2022.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

CHRISTOPHER CHIOU
United States Attorney

By_____ for AR
ALLISON REESE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA